# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HOESSRICH, SUSAN § Case No. 15-14186
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/21/2015. The undersigned trustee was appointed on 04/21/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    7,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 20.39 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 6,979.61 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/06/2017 and the deadline for filing governmental claims was 02/06/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,450.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,450.00 , for a total compensation of $ 1,450.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 6.79 , for total expenses of $ 6.79 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/21/2017                    By: /s/JOSEPH E. COHEN
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-14186 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | HOESSRICH, SUSAN | | | Date Filed (f) or Converted (c): | 04/21/15 (f) |
| | | | | 341(a) Meeting Date: | 05/22/15 |
| For Period Ending: | 02/21/17 | | | Claims Bar Date: | 02/06/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: Single family home Location: 1175 Kimbe | 308,000.00 | 0.00 | | 0.00 | FA |
|     Residence: Single family home Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 2. Other: Campground lot Location: Sugar Shores 9938 | 9,000.00 | 0.00 | | 7,000.00 | FA |
|     Other: Campground lot Location: Sugar Shores 9938 W Winslow Rd, Durand, IL 61024 | | | | | |
| 3. Financial Accounts | 707.00 | 0.00 | | 0.00 | FA |
|     Checking Account: Checking account. #5309 Location: Chase Bank 270 Park Avenue New York, NY 10017 | | | | | |
| 4. Financial Accounts | 1,613.00 | 0.00 | | 0.00 | FA |
|     Savings Account: Savings account. #3584 Location: Chase Bank 270 Park Avenue New York, NY 10017 | | | | | |
| 5. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
|     Furniture: 2 bedroom sets, 1 Dining room set, 1 living room set. Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 6. Household Goods | 400.00 | 0.00 | | 0.00 | FA |
|     Appliances: 1 Refrigerator, 1 stove, 1 dishwasher, 1 microwave Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 7. Household Goods | 300.00 | 0.00 | | 0.00 | FA |
|     Household: Household goods, dishes Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 8. Household Goods | 200.00 | 0.00 | | 0.00 | FA |
|     Audio-Video: 2 TV's Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 9. Household Goods | 75.00 | 0.00 | | 0.00 | FA |
|     Office: 1 desk Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 10. Books / Collectibles | 150.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 15-14186 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | HOESSRICH, SUSAN | | | Date Filed (f) or Converted (c): | 04/21/15 (f) |
| | | | | 341(a) Meeting Date: | 05/22/15 |
| | | | | Claims Bar Date: | 02/06/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Books-Music: Books, DVD's Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 11. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| Clothes: Misc. Clothes Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 12. Furs and Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| Jewelry: 1 wedding ring Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 13. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Insurance: Term Life Insurance Location: Northwestern Mutual Ins. 720 E Wisconsin Ave. Milwaukee, WI | | | | | |
| 14. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Insurance: Term Life Insurance for my daughter Location: Northwestern Mutual Insurance Milwaukee, WI | | | | | |
| 15. Insurance Policies | 300.00 | 0.00 | | 0.00 | FA |
| Insurance: Whole Life Insurance policy for dependent grandson. Location: Country Insurance Lake Zurich, IL | | | | | |
| 16. Pension / Profit Sharing | 125,000.00 | 0.00 | | 0.00 | FA |
| Retirement: IRA Location: J.P. Morgan Securities LLC | | | | | |
| 17. Pension / Profit Sharing | 6,050.00 | 0.00 | | 0.00 | FA |
| Retirement: IRA | | | | | |
| 18. Vehicles | 1,500.00 | 0.00 | | 0.00 | FA |
| Auto: 2003 Kia Sorento 215,000 Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 19. Vehicles | 20,000.00 | 0.00 | | 0.00 | FA |
| Fun Vehicle: Travel Trailer Location: Sugar Shores RV Resort 9938 W Winslow Rd, Durand, IL 61024 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| Case No: | 15-14186   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HOESSRICH, SUSAN | Date Filed (f) or Converted (c): | 04/21/15 (f) |
| | | 341(a) Meeting Date: | 05/22/15 |
| | | Claims Bar Date: | 02/06/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. Animals | 0.00 | 0.00 | | 0.00 | FA |
| Animals: 1 dog, 1 cat Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 21. Other Miscellaneous | 1,000.00 | 0.00 | | 0.00 | FA |
| Timeshare Location: Christmas Mountain Village S944 CHRISTMAS MOUNTAIN ROAD WISCONSIN DELLS, WI 53965 | | | | | |
| 22. Other Miscellaneous | 1,500.00 | 0.00 | | 0.00 | FA |
| Timeshare Location: Grand Beach Resort 8317 Lake Bryan Beach Blvd, Orlando, Florida, 32821 | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $477,495.00 | $0.00 | $7,000.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SOLD CAMPSITE BACK TO DEBTOR AND WAITING AWAITING BAR DATE; TFR TO FOLLOW - 1/11/17.  TRUSTEE WAITING FOR DEBTOR TO HAVE FUNDING TO PURCHASE CAMPSITE - 10/31/16.  TRUSTEE TRYING TO CONFIRM DEBTOR HAS FUNDS FOR SALE -M 7/30/16.  NO CHANGE - 4/30/16. TRUSTEE TO FILE MOTION TO SELL - 01/20/16. DEBTOR IS MAKING OFFER TO KEEP CAMPSITE - Oct. 31, 2015. TRUSTEE INVESTIGATING VALUE OF CAMPGROUND SITE - July 30, 2015.

Initial Projected Date of Final Report (TFR): 05/31/17      Current Projected Date of Final Report (TFR): 05/31/17

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-14186 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HOESSRICH, SUSAN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2572  Checking Account |
| Taxpayer ID No: | *******4380 | | |
| For Period Ending: | 02/21/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/16/16 | 2 | SUSAN HOESSRICH | | 1129-000 | 7,000.00 | | 7,000.00 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,990.00 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.39 | 6,979.61 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,000.00 | 20.39 | 6,979.61 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,000.00 | 20.39 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,000.00 | 20.39 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2572 | 7,000.00 | 20.39 | 6,979.61 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,000.00 | 20.39 | 6,979.61 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   7,000.00   20.39

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 21, 2017 |
|---|---|---|---|---|---|---|

Case Number:  15-14186  
Debtor Name:  HOESSRICH, SUSAN  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $1,456.79 | $0.00 | $1,456.79 |
| ADMIN 2<br>001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $2,000.43 | $0.00 | $2,000.43 |
| 000001<br>070<br>7100-00 | Navient Solutions Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Unsecured | | $61,197.29 | $0.00 | $61,197.29 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $2,613.85 | $0.00 | $2,613.85 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,684.69 | $0.00 | $1,684.69 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $737.15 | $0.00 | $737.15 |
| 000005<br>070<br>7100-00 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $3,393.00 | $0.00 | $3,393.00 |
| 000006<br>070<br>7100-00 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Unsecured | | $8,975.38 | $0.00 | $8,975.38 |
| 000007<br>070<br>7100-00 | COMENITY CAPITAL<br>BANK/PAYPAL CREDIT<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | Unsecured | | $1,126.09 | $0.00 | $1,126.09 |
| | Case Totals: | | | $83,184.67 | $0.00 | $83,184.67 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-14186  
Case Name: HOESSRICH, SUSAN  
Trustee Name: JOSEPH E. COHEN  

Balance on hand $ 6,979.61

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 6.79 | $ 0.00 | $ 6.79 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 1,969.50 | $ 0.00 | $ 1,969.50 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 30.93 | $ 0.00 | $ 30.93 |

Total to be paid for chapter 7 administrative expenses      $    3,457.22  
Remaining Balance      $    3,522.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,727.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Navient Solutions Inc. | $ 61,197.29 | $ 0.00 | $ 2,703.72 |
| 000002 | Capital One Bank (USA), N.A. | $ 2,613.85 | $ 0.00 | $ 115.48 |
| 000003 | Capital One Bank (USA), N.A. | $ 1,684.69 | $ 0.00 | $ 74.43 |
| 000004 | Capital One Bank (USA), N.A. | $ 737.15 | $ 0.00 | $ 32.57 |
| 000005 | Capital One, N.A. | $ 3,393.00 | $ 0.00 | $ 149.90 |
| 000006 | Wells Fargo Bank NA | $ 8,975.38 | $ 0.00 | $ 396.54 |
| 000007 | COMENITY CAPITAL BANK/PAYPAL CREDIT | $ 1,126.09 | $ 0.00 | $ 49.75 |

Total to be paid to timely general unsecured creditors    $    3,522.39

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE