IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **SUSAN HOESSRICH** | ) | No. 15 B 14186 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:   See Attached List

   I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on February 28, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                    BY: /s/ Joseph E. Cohen
                                        One of His Attorney

Service List:

Navient Solutions, Inc.
220 Lasley Avenue
Wilkes-Barre, PA   18706

Capital One Bank USA, NA
P.O. Box 71083
Charlotte, NC   28272-1083

Capital One, NA
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Wells Fargo Bank, NA
P.O. Box 10438
Des Moines, IA   50306-0438

Comenity Capital Bank/Paypal Credit
c/o Weinstein & Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA   98121

David Leibowitz, Esq.
dleibowitz@lakelaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov