UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HOESSRICH, SUSAN § Case No. 15-14186
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 330,245.00 *(Without deducting any secured claims)* | Assets Exempt: 138,250.00 |
| Total Distributions to Claimants: 3,522.39 | Claims Discharged Without Payment: 85,444.43 |
| Total Expenses of Administration: 3,477.61 | |

3) Total gross receipts of $ 7,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 368,424.25 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,477.61 | 3,477.61 | 3,477.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 89,585.84 | 79,727.45 | 79,727.45 | 3,522.39 |
| **TOTAL DISBURSEMENTS** | $ 458,010.09 | $ 83,205.06 | $ 83,205.06 | $ 7,000.00 |

4) This case was originally filed under chapter 7 on 04/21/2015 . The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2017          By:/s/JOSEPH E. COHEN
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other: Campground lot Location: Sugar Shores 9938 | 1129-000 | 7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | North Shore Bank 15700 W. Bluemound Rd Brookfield, WI 53005 | | 28,424.25 | NA | NA | 0.00 |
| | PNC Mortgage 3232 Newmark Dr Miamisburg, OH 45342 | | 340,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 368,424.25** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 1,450.00 | 1,450.00 | 1,450.00 |
| COHEN, JOSEPH E. | 2200-000 | NA | 6.79 | 6.79 | 6.79 |
| ASSOCIATED BANK | 2600-000 | NA | 20.39 | 20.39 | 20.39 |
| COHEN & KROL | 3110-000 | NA | 1,313.01 | 1,313.01 | 1,313.01 |
| COHEN, JOSEPH | 3110-000 | NA | 656.49 | 656.49 | 656.49 |
| COHEN & KROL | 3120-000 | NA | 30.93 | 30.93 | 30.93 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,477.61 | $ 3,477.61 | $ 3,477.61 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fingerhut PO BOX 166 Newark, NJ 07101-0166 | | 405.17 | NA | NA | 0.00 |
| | Lake Forest Hosppital Grand Ave Lindenhurst, IL 60046 | | 363.00 | NA | NA | 0.00 |
| | Midway Emergency Physicians Mailstop 47915853 PO Box 660827 Dallas, TX 75266-0827 | | 47.87 | NA | NA | 0.00 |
| | NeuHaven Homeowner Assoc PO Box 97738 Las Vegas, NV 89193 | | 375.00 | NA | NA | 0.00 |
| | Newegg PO Box 5138 Timonium, MD 21094 | | 968.49 | NA | NA | 0.00 |
| | SamsClub PO Box 965006 Orlando, FL 32896-5006 | | 1,279.06 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears PO Box 6283 Sioux Falls, SD 57117-6283 | | 1,496.48 | NA | NA | 0.00 |
| | Social Security Administration PO Box 32905 Baltimore, MD 21241-2905 | | 4,100.00 | NA | NA | 0.00 |
| | Vista Imaging Assoc. PO Box 8453 Carol Stream, IL 60197-8453 | | 100.36 | NA | NA | 0.00 |
| | Vista Imaging Assoc. PO Box 8453 Carol Stream, IL 60197-8453 | | 74.50 | NA | NA | 0.00 |
| | Vista Imaging Assoc. PO Box 8453 Carol Stream, IL 60197-8453 | | 29.44 | NA | NA | 0.00 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,408.31 | 2,613.85 | 2,613.85 | 115.48 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,602.12 | 1,684.69 | 1,684.69 | 74.43 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 667.23 | 737.15 | 737.15 | 32.57 |
| 000005 | CAPITAL ONE, N.A. | 7100-000 | 3,139.88 | 3,393.00 | 3,393.00 | 149.90 |
| 000007 | COMENITY CAPITAL BANK/PAYPAL CREDIT | 7100-000 | NA | 1,126.09 | 1,126.09 | 49.75 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | NAVIENT SOLUTIONS INC. | 7100-000 | 64,147.15 | 61,197.29 | 61,197.29 | 2,703.72 |
| 000006 | WELLS FARGO BANK NA | 7100-000 | 8,381.78 | 8,975.38 | 8,975.38 | 396.54 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 89,585.84 | $ 79,727.45 | $ 79,727.45 | $ 3,522.39 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-14186 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HOESSRICH, SUSAN | Date Filed (f) or Converted (c): | 04/21/15 (f) |
| | | 341(a) Meeting Date: | 05/22/15 |
| For Period Ending: | 05/10/17 | Claims Bar Date: | 02/06/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: Single family home Location: 1175 Kimbe | 308,000.00 | 0.00 | | 0.00 | FA |
| Residence: Single family home Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 2. Other: Campground lot Location: Sugar Shores 9938 | 9,000.00 | 0.00 | | 7,000.00 | FA |
| Other: Campground lot Location: Sugar Shores 9938 W Winslow Rd, Durand, IL 61024 | | | | | |
| 3. Financial Accounts | 707.00 | 0.00 | | 0.00 | FA |
| Checking Account: Checking account. #5309 Location: Chase Bank 270 Park Avenue New York, NY 10017 | | | | | |
| 4. Financial Accounts | 1,613.00 | 0.00 | | 0.00 | FA |
| Savings Account: Savings account. #3584 Location: Chase Bank 270 Park Avenue New York, NY 10017 | | | | | |
| 5. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| Furniture: 2 bedroom sets, 1 Dining room set, 1 living room set. Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 6. Household Goods | 400.00 | 0.00 | | 0.00 | FA |
| Appliances: 1 Refrigerator, 1 stove, 1 dishwasher, 1 microwave Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 7. Household Goods | 300.00 | 0.00 | | 0.00 | FA |
| Household: Household goods, dishes Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 8. Household Goods | 200.00 | 0.00 | | 0.00 | FA |
| Audio-Video: 2 TV's Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 9. Household Goods | 75.00 | 0.00 | | 0.00 | FA |
| Office: 1 desk Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 10. Books / Collectibles | 150.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 20.00a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 15-14186 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | HOESSRICH, SUSAN | | | Date Filed (f) or Converted (c): | 04/21/15 (f) |
| | | | | 341(a) Meeting Date: | 05/22/15 |
| | | | | Claims Bar Date: | 02/06/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Books-Music: Books, DVD's Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 11. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| Clothes: Misc. Clothes Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 12. Furs and Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| Jewelry: 1 wedding ring Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 13. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Insurance: Term Life Insurance Location: Northwestern Mutual Ins. 720 E Wisconsin Ave. Milwaukee, WI | | | | | |
| 14. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Insurance: Term Life Insurance for my daughter Location: Northwestern Mutual Insurance Milwaukee, WI | | | | | |
| 15. Insurance Policies | 300.00 | 0.00 | | 0.00 | FA |
| Insurance: Whole Life Insurance policy for dependent grandson. Location: Country Insurance Lake Zurich, IL | | | | | |
| 16. Pension / Profit Sharing | 125,000.00 | 0.00 | | 0.00 | FA |
| Retirement: IRA Location: J.P. Morgan Securities LLC | | | | | |
| 17. Pension / Profit Sharing | 6,050.00 | 0.00 | | 0.00 | FA |
| Retirement: IRA | | | | | |
| 18. Vehicles | 1,500.00 | 0.00 | | 0.00 | FA |
| Auto: 2003 Kia Sorento 215,000 Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 19. Vehicles | 20,000.00 | 0.00 | | 0.00 | FA |
| Fun Vehicle: Travel Trailer Location: Sugar Shores RV Resort 9938 W Winslow Rd, Durand, IL 61024 | | | | | |

LFORM1

Ver: 20.00a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit 8

| Case No: | 15-14186 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | HOESSRICH, SUSAN | Date Filed (f) or Converted (c): | 04/21/15 (f) |
| | | 341(a) Meeting Date: | 05/22/15 |
| | | Claims Bar Date: | 02/06/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. Animals | 0.00 | 0.00 | | 0.00 | FA |
| Animals: 1 dog, 1 cat Location: 1175 Kimberly Lane Antioch, IL 60002 | | | | | |
| 21. Other Miscellaneous | 1,000.00 | 0.00 | | 0.00 | FA |
| Timeshare Location: Christmas Mountain Village S944 CHRISTMAS MOUNTAIN ROAD WISCONSIN DELLS, WI 53965 | | | | | |
| 22. Other Miscellaneous | 1,500.00 | 0.00 | | 0.00 | FA |
| Timeshare Location: Grand Beach Resort 8317 Lake Bryan Beach Blvd, Orlando, Florida, 32821 | | | | | |

|  | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $477,495.00 | $0.00 | | $7,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT TFR TO US TEE FOR REVIEW 2/22/17

TRUSTEE HAS SOLD CAMPSITE BACK TO DEBTOR AND WAITING AWAITING BAR DATE; TFR TO FOLLOW - 1/11/17. TRUSTEE WAITING FOR DEBTOR TO HAVE FUNDING TO PURCHASE CAMPSITE - 10/31/16. TRUSTEE TRYING TO CONFIRM DEBTOR HAS FUNDS FOR SALE -M 7/30/16. NO CHANGE - 4/30/16. TRUSTEE TO FILE MOTION TO SELL - 01/20/16. DEBTOR IS MAKING OFFER TO KEEP CAMPSITE - Oct. 31, 2015. TRUSTEE INVESTIGATING VALUE OF CAMPGROUND SITE - July 30, 2015.

Initial Projected Date of Final Report (TFR): 05/31/17    Current Projected Date of Final Report (TFR): 05/31/17

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 20.00a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-14186 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | HOESSRICH, SUSAN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2572  Checking Account |
| Taxpayer ID No: | *******4380 | | |
| For Period Ending: | 05/10/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/16/16 | 2 | SUSAN HOESSRICH | | 1129-000 | 7,000.00 | | 7,000.00 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,990.00 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.39 | 6,979.61 |
| 04/03/17 | 300001 | JOSEPH COHEN, Attorney<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Claim ADMIN, Payment 100.00000% | 3110-000 | | 656.49 | 6,323.12 |
| 04/03/17 | 300002 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Claim ADMIN 1, Payment 100.00000% | | | 1,456.79 | 4,866.33 |
| | | | Fees    1,450.00 | 2100-000 | | | |
| | | | Expenses    6.79 | 2200-000 | | | |
| 04/03/17 | 300003 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Claim ADMIN 2, Payment 100.00000% | | | 1,343.94 | 3,522.39 |
| | | | Fees    1,313.01 | 3110-000 | | | |
| | | | Expenses    30.93 | 3120-000 | | | |
| 04/03/17 | 300004 | Navient Solutions Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Claim 000001, Payment 4.41804% | 7100-000 | | 2,703.72 | 818.67 |
| 04/03/17 | 300005 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 4.41800% | 7100-000 | | 115.48 | 703.19 |
| 04/03/17 | 300006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 4.41802% | 7100-000 | | 74.43 | 628.76 |
| 04/03/17 | 300007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 4.41837% | 7100-000 | | 32.57 | 596.19 |
| | | | Page Subtotals | | 7,000.00 | 6,403.81 | |

Ver: 20.00a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-14186 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | HOESSRICH, SUSAN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2572  Checking Account |
| Taxpayer ID No: | *******4380 | | |
| For Period Ending: | 05/10/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/03/17 | 300008 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000005, Payment 4.41792% | 7100-000 | | 149.90 | 446.29 |
| 04/03/17 | 300009 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Claim 000006, Payment 4.41809%<br>(6-1) unsecured balance | 7100-000 | | 396.54 | 49.75 |
| 04/03/17 | 300010 | COMENITY CAPITAL BANK/PAYPAL CREDIT<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | Claim 000007, Payment 4.41794% | 7100-000 | | 49.75 | 0.00 |

|  |  | COLUMN TOTALS | 7,000.00 | 7,000.00 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 7,000.00 | 7,000.00 | |
|  |  | Less:  Payments to Debtors | | 0.00 | |
|  |  | Net | 7,000.00 | 7,000.00 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account - ********2572 | 7,000.00 | 7,000.00 | 0.00 |
| | | 7,000.00 | 7,000.00 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      596.19

Ver: 20.00a